**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**LONNIE LEE LUNSFORD, JR.**   **PLAINTIFF**

**v.**   **CASE NO. 5:17-CV-00085 BSM**

**CAPTAIN C. JOHNSON, et al.**   **DEFENDANTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Patricia S. Harris [Doc. No. 4] and plaintiff Lonnie Lunsford's objections [Doc. No. 7] have been reviewed. After reviewing the record, the RD is adopted.

Accordingly, Lunsford's claims against the Arkansas Department of Correction are dismissed with prejudice. To the extent Lunsford's objections [Doc. No. 7] ask to amend his complaint, that decision is referred back to Judge Harris for review.

IT IS SO ORDERED this 20th day of April 2017.

 

_____
UNITED STATES DISTRICT JUDGE