IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LONNIE LEE LUNSFORD, JR.**                                        **PLAINTIFF**
**ADC #162779**

v.                **CASE NO. 5:17-CV-00085 BSM**

**CHERYLE JOHNSON; and**
**SCOTT TAYLOR**                                                            **DEFENDANTS**

## **ORDER**

The proposed findings and recommendation [Doc. No. 22] submitted by United States Magistrate Judge Patricia S. Harris and plaintiff Lonnie Lee Lunsford's timely objections [Doc. No. 23] have been reviewed. After *de novo* review of the record, the proposed findings and recommendation are adopted in their entirety. Accordingly, defendants' motion for summary judgment [Doc. No. 11] is granted, and the case is dismissed without prejudice for a failure to exhaust administrative remedies.

IT IS SO ORDERED this 16th day of November 2017.

                                                                               */s/ Brian S. Miller*
                                                         UNITED STATES DISTRICT JUDGE