# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**LONNIE LEE LUNSFORD, JR.**  **PLAINTIFF**
**ADC #162779**

**v.**     **CASE NO. 5:17-CV-00085 BSM**

**CHERYLE JOHNSON; and**
**SCOTT TAYLOR**    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, the case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of November 2017.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE